IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00783-REB-MJW

JUAN RAMON MATTA LOPEZ-BALLESTEROS,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director of the Federal Bureau of Prisons,
MICHAEL NALLEY, Regional Director of the BOP for the North Central Region, and
BLAKE R. DAVIS, Warden, ADX- Florence,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Consolidate and for Extension of Time to File a Responsive Pleading, DN 8, filed with the court on June 13, 2011, is GRANTED up to and including August 17, 2011.

It is FURTHER ORDERED that the Unopposed Motion to Vacate Scheduling Conference, DN 6, filed with the Court on June 13, 2011, is GRANTED.  The Scheduling Conference set on June 27, 2011, at 9:30 a.m., is VACATED and RESET on **August 24, 2011, at 2:00 p.m.**, in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties shall submit their proposed scheduling order on or before August 18, 2011.

Date:  June 14, 2011