**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00783-REB-MJW

JUAN RAMON MATTA LOPEZ-BALLESTEROS,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director of the Federal Bureau of Prisons,
MICHAEL NALLEY, Regional Director of the BOP for the North Central Region, and
BLAKE R. DAVIS, Warden, ADX- Florence,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court on **Defendants' Motion To Dismiss Corrected Amended Complaint** [#35][2] filed October 26, 2011. The motion is **STRICKEN** for failure to comply this with court's practice standard, REB Civ. Practice Standard V.B.1.

    Dated: October 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.