**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00783-REB-MJW

JUAN RAMON MATTA LOPEZ-BALLESTEROS,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director of the Federal Bureau of Prisons,
MICHAEL NALLEY, Regional Director of the BOP for the North Central Region, and
BLAKE R. DAVIS, Warden, ADX- Florence,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Notice of Voluntary Dismissal** [#42][1] filed February 9, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal** [#42] filed February 9, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for July 20, 2012, is **VACATED**;

3. That the trial to the court set to commence July 23, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED**.

Dated February 9, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge